UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                      |   |                                  |
|--------------------------------------|---|----------------------------------|
| AYMAN AISHAT,                        |   |                                  |
|         Plaintiff,                   |   |                                  |
|         v.                           |   | Civil Action No. 18-CV-00143 (JEB) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, |   |                                  |
|         Defendants.                  |   |                                  |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS TO WHICH
THERE IS NO GENUINE ISSUE**

1. On January 22, 2018, Plaintiff filed his Complaint in this action pursuant to the Freedom of Information Act ("FOIA") (ECF No. 1).

2. On or about February 2, 2018, Immigration and Customs Enforcement ("ICE") referred one document totaling 18 pages for consultation to the Federal Bureau of Investigation ("FBI"). Declaration of Michael G. Seidel ("Seidel Decl.") ¶ 4.

3. Only selected bracketed information on pages 4, 9, and 10 were determined responsive to Plaintiff's request. *Id.*

4. The record ICE sent to the FBI for consultation was an Intelligence Information Report ("IIR"). IIRs are vehicles through which raw, unevaluated information is shared within the FBI and throughout the intelligence and law enforcement communities, in compliance with the mandate of the president, Congress, attorney general, and Office of the Director of National Intelligence that the FBI produce intelligence in support of its own investigative mission, national intelligence priorities, and the needs of other intelligence consumers. This IIR comprised investigative matters that were part of the FBI's primary mission and compiled in fulfillment of

the FBI's law enforcement, national security, and intelligence duties. Although access to the record was denied under the Privacy Act, the FBI's Record/Information Dissemination Section ("RIDS") processed the record under the access provisions of FOIA to achieve maximum disclosure. *Id.* at ¶ 7.

5. Every effort was made to provide Plaintiff with all reasonably segregable non-exempt information in the responsive record. No reasonably segregable, non-exempt portions were withheld from Plaintiff. Further description of the information withheld could identify the actual exempt information the FBI has protected. The exemptions asserted by the FBI as grounds for non-disclosure of portions of the record are FOIA Exemptions 1, 3, and 7(E). *Id.* at ¶ 8.

6. On or about March 6, 2018, the FBI responded to ICE with its redactions. Declaration of Toni Fuentes ("Fuentes Decl.") ¶ 5. ICE then provided Plaintiff with a segregated copy of the 18-page document *Id.* at ¶ 6. The parties then agreed to narrow the remaining issues in the case to the withholdings applied to the 18-page document. *Id.* at ¶ 7. On November 14, 2018, the parties agreed to narrow the remaining issues in the case to withholdings applied to the bracketed sections only, contained on pages 4, 9, and 10 of the 18-page document. *Id.* at ¶ 11.

7. Because the 18-page document contained classified information, the ICE FOIA Office initially withheld the document in full pursuant to Exemption 1. *Id.* at ¶ 12. After consultation with the FBI, ICE was able to release a segregated document to Plaintiff. *Id.* at ¶ 13. The 18-page record is a document called the "ICE Daily Intelligence Notes in Brief," dated September 7, 2007. The morning report summarizes the intelligence regarding national level threats to U.S. national security. The document was compiled by the ICE Homeland Security Investigations Office of Intelligence. *Id.* at ¶ 14.

8. On November 19, 2018, ICE reviewed the unredacted version of the 18-page document, and the only information relating to Plaintiff is contained within the bracketed sections of the redacted version of the 18-page document, which are specifically located on pages 4, 9, and 10. *Id.* at ¶ 15.

Dated: November 21, 2018    Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:    /s/  *Scott Leeson Sroka*
SCOTT LEESON SROKA, Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7113
Scott.Sroka@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| AYMAN AISHAT, |
| |
| Plaintiff, |
| |
| v. |
| |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, |
| |
| Defendants. |

Civil Action No. 18-CV-00143 (JEB)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion for Summary Judgment, the supporting memorandum, the exhibits and declarations thereto, as well as any opposition and reply, and for good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is

FURTHER ORDERED that judgment is awarded to Defendants as to all claims asserted in the above-captioned action.

SO ORDERED.

_____                                           _____
Date                                                                                 United States District Judge