UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMAN AISHAT<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al*,<br><br>*Defendants.* | Civil Action<br>No: 18-cv-143 (JEB) |

**DECLARATION OF TONI FUENTES
IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMARY
JUDGMENT**

**I.   INTRODUCTION**

I, Toni Fuentes, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am the Deputy Officer of the U.S. Immigration and Customs Enforcement ("ICE") Freedom of Information Act ("FOIA") Office. I have held this position since September 30, 2018 and am the ICE official immediately responsible for supervising ICE responses to requests for records under the Freedom of Information Act, 5 U.S.C. § 552 (the FOIA), the Privacy Act, 5 U.S.C. § 552a (the Privacy Act), and other applicable records access statutes and regulations. Prior to this position, I have held numerous FOIA positions over the past 20 years to include: FOIA Director for the National Protection and Programs Directorate ("NPPD") at the U.S. Department of Homeland Security ("DHS"); Government Information Specialist for Department of Justice, U.S. Marshal's Service, Office of General Counsel; Government Information Specialist for the Department of Defense, Office of the Inspector General's FOIA

Office; FOIA Officer, Paralegal Specialist for Department of the Navy, NAVAIR/NAWCAD's Office of Counsel; Management and Program Analyst for Department of Homeland Security, Customs and Border Protection's FOIA Office; and FOIA Paralegal Specialist for the National Aeronautics and Space Administration's Office of Chief Counsel.

2.  The ICE FOIA Office is responsible for processing and responding to all FOIA, 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a, requests received at ICE. The ICE FOIA office mailing address is 500 12th Street, S.W., STOP 5009, Washington, D.C. 20536-5009.

3.  I make this declaration in my official capacity in support of Defendants in the above-captioned action. The statements contained in this declaration are based upon my personal knowledge, my review of documents kept by ICE in the ordinary course of business, and information provided to me by other ICE employees in the course of my official duties.

## II.  PROCEDURAL HISTORY OF THE PLAINTIFFS' FOIA REQUEST AND THE INSTANT LITIGATION

4.  On January 22, 2018, Plaintiff filed a Complaint in the United States District Court for the District of Columbia for declaratory, injunctive, and other appropriate relief. Plaintiff alleged that the U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, and U.S. Department of Homeland Security failed to substantively respond to Plaintiffs' FOIA request.

5.  Upon litigation review, on January 31, 2018, ICE FOIA sent eighteen (18) pages to the Federal Bureau of Investigation ("FBI") for a consultation as these pages contained FBI equities. On or about March 6, 2018, the FBI responded to ICE FOIA with redactions.[1]

6.  ICE then provided Plaintiff with a segregated copy of the 18-page document.

---

[1] The exemptions asserted by the FBI are not covered in this declaration.

7. The parties then agreed to narrow the remaining issues in the case to the withholdings applied to the 18-page document.

8. On October 10, 2018, Defendants filed their Answer to the Complaint with the Court.

9. On October 24, 2018, the parties filed a Joint Proposed Briefing Schedule with the Court.

10. On October 24, 2018, the Court granted the Joint Proposed Briefing Schedule.

11. On November 14, 2018, the parties agreed to narrow the remaining issues in the case to the withholdings applied to the bracketed sections only, contained on pages 4, 9, and 10 of the 18-page document.

### III. THE 18-PAGE CLASSIFIED DOCUMENT

12. Because the 18-page document contains classified information, withheld pursuant to FOIA Exemption (b)(1), the ICE FOIA Office initially withheld the document in full on March 25, 2014.

13. Upon litigation review, ICE consulted with the FBI regarding the 18-page document. After doing so, ICE was able to release a segregated document to the Plaintiff.

14. The 18-page record is a document called the "ICE Daily Intelligence Notes in Brief," dated September 17, 2007. The morning report summarizes the intelligence regarding national level threats to the U.S. national security. The document was compiled by the ICE Homeland Security Investigations Office of Intelligence.

15. On November 19, 2018, I personally reviewed the unredacted version of the 18-page document, and I attest that the only information relating to Mr. Aishat is contained within

the bracketed sections of the redacted version of the 18-page document, which are specifically located on pages 4, 9, and 10.

16. The withholdings asserted within the bracketed sections were asserted solely by the FBI and the FBI will be filing a declaration in support of its withholdings.

## IV. JURAT CLAUSE

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief. Signed this 20th day of November 2018.

*[signature]*
Toni Fuentes, Deputy FOIA Officer
Freedom of Information Act Office
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009