[redacted] (S) — b1 per FBI, b3

(b)(1), (b)(3), (b)(6), (b)(7)(C), (b)(7)(E)

[redacted] (S) — b1 per FBI, b3

(b)(1), (b)(3), (b)(6), (b)(7)(C), (b)(7)(E)

13. (U//FOUO) [redacted] — b7D per FBI, b7E
14. (U//FOUO) [redacted]
15. (U//FOUO) OUTLAWS MOTORCYCLE GANG ACTIVITY IN VIRGINIA
16. (S//OC/NF) [redacted] — b7E per FBI

**OUTSIDE CONUS:**

(b)(1), (b)(3), (b)(6), (b)(7)(C), (b)(7)(E)

(b)(6)

2. (U//FOUO) [redacted] — b7D per FBI
(b)(6), (b)(7)(C)
3. (U//FOUO) [redacted] — b7D per FBI

(b)(6), (b)(7)(C)

4. (S//) [redacted] — b7D per FBI, b7E

(b)(1), (b)(3), (j)(1), (k)(1) - by OGA

[redacted] (S) — b1 per FBI, b3

**CONUS:**

[redacted] (S) — b1 per FBI, b3

SECRET//NOFORN/ ORCON

E. (U) SOURCE: (b)(7)(E) ████ 150200Z SEP 07 ████ (S)

A. (U) RELIABILITY: (b)(7)(E) ████

(S)  b1 per FBI
     b3
     b7E

D. (U) ICE HQINT ACTION/INFO DISTRIBUTION: (b)(7)(E)
(b)(7)(E)

E. (U) SOURCE: (b)(7)(E) ████ 141422Z SEP 07
(b)(1),(b)(3),(b)(6),(b)(7)(C),(b)(7)(E)

b7E per FBI

E. (U) SOURCE: (b)(7)(E) ████ WASHINGTON DC, 214-07, 141759Z SEP 07

(S)

b1 per FBI
b3

SECRET//NOFORN/ ORCON

SECRET//NOFORN/ORCON

(S)

b1 per FBI
b3

F. (U) ICE HQINT ACTION/INFO DISTRIBUTION: ICE HQINT ANTI-TERRORISM UNIT
G. (U) SOURCE: FBI WASHINGTON DC, [ ] 41612Z SEP 07

b7E per FBI

(S)

A. (U) RELIABILITY: AN FBI AGENT.

(S)

b1 per FBI
b3

SECRET//NOFORN/ORCON